(109 So. 114)

Mack ELMORE v. STATE. (8 Div. 888.)

(Supreme Court of Alabama. June 17, 1926.)

Certiorari to Court of Appeals.

J. G. Rankin, of Athens, for petitioner.
Harwell G. Davis, Atty. Gen., for the State.

MILLER, J. Petition of Mack Elmore for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Elmore v. State, 21 Ala. App. 410, 109 So. 114.

Writ denied.

ANDERSON, C. J., and SAYRE and GARDNER, JJ., concur.